**FILED**

10/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0369

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
DA 24-0369

| | |
|---|---|
| PARKER NOLAND,<br><br>        Appellant/Plaintiff,<br><br>   vs.<br><br>STATE OF MONTANA, MONTANA PUBLIC SERVICE COMMISSION, JAMES BROWN, in his official capacity as President of the Montana Public Service commission, BRAD JOHNSON, in his official capacity as Vice President of the Montana Public Service Commission, and RANDY PINOCCI, TONY O'CONNELL, and JENNIFER FIELDER, in their official capacities as Commissioners of the Montana Public Service Commission,<br><br>        Appellees/Defendants,<br><br>EVERGREEN DISPOSAL, INC.<br><br>        Appellee/Intervenor. | **ORDER FOR LEAVE FOR GOLDWATER INSTITUTE TO APPEAR AS AMICUS CURIAE** |

The Goldwater Institute ("Institute") moved this Court for leave to file an *amicus curiae* brief in support of the Appellant pursuant to Rule 12(7) of the Montana Rules of Appellate Procedure. The Motion is unopposed.

With good cause appearing, the Institute's Motion is granted, and the Institute has until October 31, 2024 to file its brief.

1

DATED THIS \_\_\_ day of October, 2024.

For the Court,

By_____
   Chief Justice

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 11 2024